*10
 
 Daniel, J.
 

 We are of the same opinion with the Judge below. In
 
 Johnston
 
 v.
 
 Johnston, 3
 
 Iredell Eq. 426, where the testator bequeathed the residue of his estate, not disposed of, to his wife and her six children, to be equally divided between them, and their heirs, share and share, alike ; A, one of the six children, died in the lifetime of the testator.
 
 Held,
 
 that this bequest was not to the children
 
 as a class,
 
 but as if each had been particularly named. And, as each was entitled to only one seventh, the share would not be enlarged by the death of one in the lifetime of the testator; and that the share of
 
 A.
 
 lapsed and was undisposed of, and belonged to the next of
 
 kin
 
 of the testator, and to his widow. In the case now before us, each of the four children was particularly named by the testator. The share of William, who died in the testator’s lifetime, never vested in him, but lapsed, and became so much of the undisposed personal property of the testator, and of course went to the testator’s next of kin. The judgment must be affirmed.
 

 Per. Curiam. Judgment affirmed-